■ In the Matter of WILLIAM S. MILLER, an Attorney.—

Concur — Eager, J. P., McGivern, McNally, Steuer and Tilzer, JJ.

■ In the Matter of CHARLES H. ROSEN, an Attorney.—

Concur — Stevens, P. J., Eager, Capozzoli, McGivern and Tilzer, JJ.

■ In the Matter of EDWARD S. JOSEPH, an Attorney.—

Concur — Stevens, P. J., Eager, Capozzoli, McGivern and Nunez, JJ.

■ In the Matter of HARRY RUDERMAN, an Attorney.—

Concur — Stevens, P. J., Eager, Capozzoli, McGivern and Tilzer, JJ.

(Republished)

■ MONA ROBINSON, Appellant, v. HERMAN POLEY, Individually and as Agent for Poley & Co., Inc., et al., Respondents, et al., Defendants.—

No opinion. Concur — Capozzoli, J. P., McGivern, McNally and Tilzer, JJ.